**FILED**
CLERK, U.S. DISTRICT COURT
09/18/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>OCTAVIO GUIDO,<br><br>           Defendant. | Case No. 2:24-cr-00555-ODW<br><u>I N D I C T M E N T</u><br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about January 23, 2020, in Los Angeles County, within the Central District of California, defendant OCTAVIO GUIDO knowingly and intentionally possessed with intent to distribute at least 50

//

//

//

1 | grams, that is, approximately 1,713 grams, of methamphetamine, a
2 | Schedule II controlled substance.

A TRUE BILL

/s/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

NANDOR F.R. KISS
Assistant United States Attorney
Santa Ana Branch Office