UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

JS-3

| Case No. | CR 24-00555-ODW | Date | May 5, 2025 |
|---|---|---|---|

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|
| Interpreter | None |

| Sheila English | Court Smart | Nandor Ferenc Royal Kiss |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Octavio Guido | | X | X | Anne Carney | | X | X |

**Proceedings:**   MOTION to Dismiss Case for Preindictment Delay [23]

   Case is called.  Counsel state their appearances. The Court having carefully considered the papers submitted by the parties, and having heard oral argument of counsel, the  Motion to Dismiss Case for Preindictment Delay [23] - GRANTED**.  This indictment is dismissed.**

**IT IS SO ORDERED.**

|  | : | 19 |
|---|---|---|
| | Initials of Deputy Clerk | se |